**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Bobby D. WEBSTER, Defendant–**
**Appellant.**

**No. 06–3869.**

United States Court of Appeals,
Seventh Circuit.

Submitted Aug. 1, 2007.

Aug. 3, 2007.

Meredith P. Duchemin, Office of the United States Attorney, Madison, WI, for Plaintiff–Appellee.

Erika L. Bierma, Sipsma, Hahn & Brophy, Madison, WI, for Defendant–Appellant.

Before Hon. FRANK H. EASTERBROOK, Chief Judge, Hon. JOHN L. COFFEY, Circuit Judge, Hon. DANIEL A. MANION, Circuit Judge.

**Order**

The judgment of the district court is vacated, and the case is remanded for resentencing in light of *United States v. Luepke*, No. 06–3285, —— F.3d ——, 2007 WL 2091227 (7th Cir. July 24, 2007). As

in *Luepke*, the resentencing must be by a different district judge.